IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY SNOW,

    Plaintiff,

v.                                          Civil Action No. 3:22CV91–HEH

CHRISTOPHER PAPILE, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on April 1, 2022, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated, transferred, or released. On April 11, 2022, the United States Postal Service returned the April 1, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," and "UNABLE TO FORWARD." (ECF No. 5 at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                                Henry E. Hudson
Date: May 11 2022        Senior United States District Judge
Richmond, Virginia